THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERBERT B. SMITH, Appellant.

*Public Health Law — pharmacy — when sale by general store of camphorated oil and spirits of camphor a violation of statute regulating practice of pharmacy.*

*People* v. *Smith*, 190 App. Div. 887, affirmed.

(Argued March 15, 1921; decided April 19, 1921.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 31, 1919, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.   This action was brought by the plaintiff to recover of the defendant the sum of fifty dollars for a violation of article 11 of the Public Health Law, which regulates the practice of pharmacy in the state of New York.   The defendant on September 21, 1917, conducted in the city of Binghamton a general store having cigars, candies and other things for sale.   On this day, an inspector of the New York state board of pharmacy purchased from the defendant at this store a bottle of camphorated oil and a bottle of spirits of camphor.

*Donald C. Foster*, for appellant.

*Charles D. Newton*, Attorney-General (*Jerome Steiner* and *Joseph H. Kohan* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ.